**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

November 20, 2020

Honorable Ronnie Abrams, USDJ            Application granted.
United States District Court
Southern District of New York             SO ORDERED.
40 Foley Square
New York, N.Y. 10007
                                          _____
         Re: U.S. v. Dequan Hood         Ronnie Abrams, U.S.D.J.
         20 Cr. 614 (RA)                 November 20, 2020

Dear Judge Abrams:

    I was mistaken that Alex Huot was a CJA panel member. Though he has substantial experience as a practitioner in federal court, he was associate counsel to CJA panel members in a number of criminal cases, including trials. Therefore, I respectfully request that Mr. Huot be authorized to assist me as an associate attorney at the associate hourly CJA rate. I apologize for my error.

    Thank you for your consideration of this request.

                                          Sincerely yours,
                                                  /s/
                                          Sam A. Schmidt