USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 20-CR-614 (RA) |
| DEQUAN HOOD, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The bail conference scheduled for December 14, 2020 at 9:00 a.m. will be held by telephone. Members of the public and the press can use the following dial-in information:

   Dial-In Number: 888-363-4749

   Access Code 1015508

SO ORDERED.

Dated:   December 14, 2020
         New York, New York

                                              _____
                                              Ronnie Abrams
                                              United States District Judge