**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 2/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DEQUAN HOOD,

Defendant.

No. 20-CR-614 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for Monday February 8, 2021 at 9:00 a.m.

To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated: February 3, 2021
New York, New York

Ronnie Abrams
United States District Judge