USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DEQUAN HOOD,

Defendant.

No. 20-CR-614 (RA)

AMENDED ORDER

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for Monday **March 8, 2021 at 1:00 p.m.** To access the proceeding, use the following dial-in information:

    Dial-In Number: 888-363-4749

    Access Code:  1015508

SO ORDERED.

Dated:    March 5, 2021
             New York, New York

Ronnie Abrams
United States District Judge