**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 4/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 20-CR-614 (RA) |
| DEQUAN HOOD, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The CourtCall conference is scheduled for Thursday April 8, 2021 at 9:00 a.m.

Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code:  67812309#

PIN: 9921299#

SO ORDERED.

Dated:   April 5, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge