## LAW OFFICE OF SAM A. SCHMIDT

**115 BROADWAY Suite 1704**
**NEW YORK, N.Y.  10006**
**(212) 346-4666**
**FACSIMILE (212) 346-4668**
**E-mail lawschmidt@aol.com**

Sam A. Schmidt, Esq.

April 5, 2021

Honorable Ronnie Abrams, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> The conference is adjourned to May 13, 2021
> at 9:00 a.m. Time is excluded until May 13,
> 2021, under the Speedy Trial Act, pursuant to
> 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> April 7, 2021

Re: U.S. v.  Dequan Hood
        20 Cr. 614 (RA)

Dear Judge Abrams:

Alex Huot and I represent Mr. Hood.  We have had discussions with the government about a resolution of this matter without further litigation.  However, the pandemic has caused many difficulties. Mr. Hood wishes to discuss the potential resolutions with members of his family. However, there are still no in person social visits permitted. Telephone calls with family are recorded. The MDC does not permit attorneys to add a family member to an unrecorded attorney telephone or video call. I believe that with a court order that MDC will permit counsel to add a family member to an attorney client call.  Of course, I will remain on the line to monitor the conversation and advice my client.

Therefore, we respectfully request that your Honor authorize counsel to add a member of Mr. Hood's family to an attorney-client telephone or video call and require MDC to permit it. I have attached a proposed order to this request. The government takes no position on this request.

Because the parties are in the midst of attempting to resolve this case without further litigation, both the government and the defendant also consent to a 4-6 week adjournment of the status conference presently scheduled for Thursday, April 8, 2021. Should your Honor adjourn the conference, the defendant agrees to the exclusion of time for speedy trial calculations.

Thank you for your consideration of this request.

Sincerely yours,
/s/
Sam A. Schmidt
Alex Huot