UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA,        :
                                 :     ORDER
        -v.-                     :
DAQUAN HOOD,                     :
                                 :     20 Cr. 614 (RA)
        Defendant.               :
---------------------------------------------------------x

WHEREAS, the defendant is presently incarcerated in the Metropolitan Detention Center in Brooklyn N.Y. under inmate number 76471-054;

WHEREAS, defendant has made an application to permit counsel to include family members on two attorney-client telephone or video calls where counsel will monitor the call;

WHEREAS, such calls are necessary for defendant to participate adequately in his defense;

IT IS HEREBY ORDERED that the United States Bureau of Prisons shall permit counsel to add on family members to two attorney-client telephone or video calls and counsel must monitor said calls.

Dated: April  7 , 2021

        SO ORDERED

                                        _____
                                        Hon. Ronnie Abrams
                                        United States District Judge