**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

June 18, 2021

Honorable Ronnie Abrams, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

                Re: U.S. v. Dequan Hood
                    20 Cr. 614 (RA)

Application granted. The conference is adjourned to July 29, 2021 at 9:00 a.m. Time is excluded until July 29, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 18, 2021

Dear Judge Abrams:

    Alex Huot and I represent Mr. Hood. We have had discussions with the government about a resolution of this matter without further litigation. Scheduling meetings to discuss the possible resolution has been difficult and has caused delays. With the consent of the government, I am requesting that the conference be adjourned to the week of July 26, 2021.

    Thank you for your consideration of this request.

                                    Sincerely yours,
                                        /s/
                                  Sam A. Schmidt
                                  Alex Huot