# LAW OFFICE OF SAM A. SCHMIDT

**115 BROADWAY Suite 1704**
**NEW YORK, N.Y.  10006**
**(212) 346-4666**
**FACSIMILE (212) 346-4668**
**E-mail lawschmidt@aol.com**

Sam A. Schmidt, Esq.

July 26, 2021

Honorable Ronnie Abrams, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Application granted.  The conference is adjourned to August 26, 2021 at 9:00 a.m. Time is excluded until August 26, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

Re: U.S. v.  Dequan Hood
20 Cr. 614 (RA)

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 27, 2021

Dear Judge Abrams:

Alex Huot and I represent Mr. Hood.  We have had discussions with the government about a resolution of this matter without further litigation.  Scheduling meetings to discuss the possible resolution has been difficult and has caused delays. With the consent of the government, I am requesting that a remote video conference be adjourned to August 26 at 9 AM.

Thank you for your consideration of this request.

Sincerely yours,
/s/
Sam A. Schmidt
Alex Huot