**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

August 24, 2021

Honorable Ronnie Abrams, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

                Re: U.S. v. Dequan Hood
                   20 Cr. 614 (RA)

Dear Judge Abrams:

    A conference or plea is presently scheduled for Thursday, August 26, 2021 at 11 AM. After further discussions with the government, we have received a modified plea agreement. While we have discussed the modifications with Mr. Hood today, Mr. Hood wishes to review the modified agreement. We will be forwarding the agreement today and will make arrangements to further discuss it with Mr. Hood. Because of the delays that often occur in making arrangements to speak to Mr. Hood, with the consent of the government, I am requesting that the conference or plea be adjourned to September 14, 2021 at 11 AM.

    Thank you for your consideration of this request.

Application granted. The plea is rescheduled to September 14, 2021 at 11:00 a.m. Counsel shall inform the Court if they prefer to hold this matter in person or remote. Time is excluded until September 14, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

Sincerely yours,
/s/
Sam A. Schmidt
Alex Huot

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 24, 2021