# LAW OFFICE OF SAM A. SCHMIDT

29 BROADWAY Suite 1412
NEW YORK, N.Y.  10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

November 9, 2021

Honorable Ronnie Abrams, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: U.S. v. Dequan Hood
20 Cr. 614 (RA)

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 9, 2021

Dear Judge Abrams:

    The draft presentence report includes information from documents on a pending matter in New York County Supreme Court, Cr 020312-20NY. It is the policy of the U.S. Probation Office not to forward such documents without a court order.  Therefore, I am requesting that your Honor order the U.S. Probation Department to forward a copy of the documents related to that matter. I have made such a request in many of my cases, all which have been granted. The Probation Department has never objected to such a request and does not now.

    Thank you for your consideration of this request.

Sincerely yours,
/s/
Sam A. Schmidt