**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

December 16, 2021

Honorable Ronnie Abrams, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: U.S. v. Dequan Hood
20 Cr. 614 (RA)

Application granted. The sentence is adjourned to March 9, 2022 at 1:00 p.m.

SO ORDERED.

/s/ Ronnie Abrams
Ronnie Abrams, U.S.D.J.
December 16, 2021

Dear Judge Abrams:

Dequan Hood is scheduled to be sentenced on January 7, 2022. I am respectfully requesting that the sentencing hearing be adjourned. Because of the trial schedules of both Alex Huot and me (and the birth of his first child) it is respectfully requested that sentence be scheduled the week of March 7, 2021. The government has no objection to this request.

If your Honor has any questions or require more information on counsels' availability, please contact my office at chambers convenience.

Thank you for your consideration of this request.

Sincerely yours,
/s/
Sam A. Schmidt