# LAW OFFICE OF SAM A. SCHMIDT
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

February 22, 2022

Honorable Ronnie Abrams, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: *U.S. v. Dequan Hood*
20 Cr. 614 (RA)

> Application granted. The sentence is adjourned to April 1, 2022 at 11:00 a.m. and will be held in person. Defendant shall file his submission two weeks prior to sentencing and the Government shall file its submission one week prior to sentencing.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> February 23, 2022

Dear Judge Abrams:

Dequan Hood is scheduled to be sentenced on March 9, 2022 with his Sentencing Submission due on February 23, 2022. I am respectfully requesting that the sentencing hearing be adjourned for two or three weeks with the consent of the government.

Though most of the sentencing submission is done, it has been difficult to coordinate obtaining all of the material necessary to complete the submission and to review the material and submission with Mr. Hood in the MDC. Fortunately, the trial I was to commence in the EDNY today was resolved so I am now able to spend time obtaining everything I need to submit the Sentencing Submission.

If your Honor has any questions or requires more information on counsels' availability, please have chambers contact my office at its convenience. Thank you for your consideration of this request.

Sincerely yours,
/s/
Sam A. Schmidt